1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ROBERT R. GALARZA, | ) | No. CV 08-07144-SJO (VBK) |
|---|---|---|
| Plaintiff, | ) ) | ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND |
| v. | ) ) | RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) affirming the decision of the Commissioner, and (3) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

//

//

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein by United States mail on counsel for the parties of record.

DATED: 10-26-09

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE