UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT R. GALARZA, | ) | No. CV 08-07144-SJO (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

*S. James Otero*

October 26, 2009

DATED:_____    _____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE